**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

IN RE:

CHRISTOPHER D. WYMAN,

        DEBTOR,

_____/

CASE NO. 12-33264-dof
CHAPTER 7
HONORABLE DANIEL S. OPPERMAN

Samuel D. Sweet, Trustee,
        Plaintiff,
v

Barbara Duggan,
        Defendant.

_____/

Adversary No. 19-03018-dof

**MOTION TO DISMISS ADVERSARY PROCEEDING NO. 19-03018-DOF**

**NOW COMES** Trustee, Samuel D. Sweet, ("Trustee"), by and through his counsel, Samuel D. Sweet, PLC, and hereby states as follows:

1.      On March 20, 2019 Trustee filed a Motion objecting to Claim No. 1 of Barbara Duggan.

2.      This Court entered an Order determining this to be an Adversary Proceeding and setting various deadlines and requirements.

3.      The Trustee is desirous to dismiss this Adversary Proceeding as he does not believe it is in the best interest of this bankruptcy estate to continue same.

**WHEREFORE**, Trustee prays this Honorable Court enter the Order attached hereto as Exhibit "A" and for such other and further relief this Court deems just and proper.

      Respectfully submitted,

      SAMUEL D. SWEET, PLC

      By:___/s/ Samuel D. Sweet_____
      Samuel D. Sweet (P48668)
      Attorneys for Trustee
      P.O. Box 757
      Ortonville, MI 48462-0757
Dated:__3/21/2019__      (248) 236-0985
      ssweet@trusteesweet.us

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - FLINT

IN RE:

CHRISTOPHER D. WYMAN,

        DEBTOR,

_____/

CASE NO. 12-33264-dof
CHAPTER 7
HONORABLE DANIEL S. OPPERMAN

Samuel D. Sweet, Trustee,
        Plaintiff,

v

Barbara Duggan,
        Defendant.

_____/

Adversary No. 19-03018-dof

## ORDER GRANTING TRUSTEE'S MOTION TO DISMISS
## ADVERSARY PROCEEDING NO. 19-03018-DOF

This matter having come before this Honorable Court based upon the Trustee's Motion to Dismiss Adversary Proceeding No. 19-03018-dof; no objections having been filed to the Trustee's Motion; or any filed objection having been resolved; notice having been provided properly, pursuant to Rule 2002 and 9019 of the Federal Rules of Bankruptcy Procedures; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Adversary Proceeding No. 19-03018-dof is hereby DISMISSED.

_____
HONORABLE DANIEL S. OPPERMAN
UNITED STATES BANKRUPTCY JUDGE

IN RE:

CHRISTOPHER D. WYMAN,

        DEBTOR,
_____/

CASE NO. 12-33264-dof
CHAPTER 7
HONORABLE DANIEL S. OPPERMAN

Samuel D. Sweet, Trustee,
        Plaintiff,
v

Barbara Duggan,
        Defendant.
_____/

Adversary No.  19-03018-dof

## <u>NOTICE OF REQUIREMENT OF WRITTEN RESPONSE TO TRUSTEE'S MOTION TO DISMISS ADVERSARY PROCEEDING NO. 19-033018-DOF</u>

      Trustee, Samuel D. Sweet, has filed papers with the Court for dismissal of Adversary Proceeding No. 19-03018-dof.

      **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the Court to allow the Trustee's Motion, or if you want the Court to consider your views on the Motion, within ten (10) days, you or your attorney must:

1.    File with the Court a written response or an answer which must comply with F.R.Civ.P. 8(b), (c) and (e) explaining your position pursuant to L.B.R. 9014-1 at:

Clerk of the United States Bankruptcy Court
Eastern District of Michigan-Southern Division
226 West Second Street, Flint, Michigan 48462-0757

    If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

    You must also mail a copy to: Samuel D. Sweet, Attorney for Trustee (at address below)

2.    If a response or answer is timely filed and served, the Clerk will schedule a hearing on the motion/objection and you will be served with a notice of the date, time and location of the hearing.

      **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an Order granting that relief.**

SAMUEL D. SWEET, PLC

 /s/ Samuel D. Sweet     
By: Samuel D. Sweet (P 48668)
Attorneys for Trustee
P.O. Box 757
Ortonville, MI 48462-0757
(248) 236-0985
ssweet@trusteesweet.us

Date Served:  3/21/2019    

[1]Response or answer must comply with F.R. Civ.  P 8 (b) (c) and (e)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

IN RE:

                                      CASE NO. 12-33264-dof

CHRISTOPHER D. WYMAN,                  CHAPTER 7
                                        HONORABLE DANIEL S. OPPERMAN

              DEBTOR,
_____/

Samuel D. Sweet, Trustee,                  Adversary No. 19-03018-dof
              Plaintiff,
v

Barbara Duggan,
              Defendant.
_____/

<u>**CERTIFICATE OF SERVICE**</u>

*The undersigned hereby certifies that a copy of the following:*

        Trustee's Motion for Summary Judgment on Adversary Proceeding No. 19-03018-dof

*was electronically served on the 21ˢᵗ day of March, 2019, upon:*

        Dennis L. Perkins                  Elie Bejjani
        Attorney for Debtor              Attorney for Barbara Duggan
        bkperk@sbcglobal.net           elie@bejjanilaw.com
        (Via ECF Only)                   (Via ECF Only)

*was served via First Class Mail, pre-paid postage, on this 21ˢᵗ day of March, 2019, addressed as follows:*

        Christopher D. Wyman           Michael E. Tindall
        6241 Grand River Road           18530 Mack Ave., Ste. 430
        Brighton, MI 48114               Detroit, Michigan 48236

**NOTICE TO CREDITORS AND OTHER PARTIES OF INTEREST WAS SERVED ON
ALL PARTIES LISTED ON THE ATTACHED COURT MATRIX**

                               /s/ Jessica A. Will
                              SAMUEL D. SWEET, PLC
                              Jessica A. Will, Legal Assistant
                              P.O. Box 757
                              Ortonville, MI 48462-0757
                              (248) 236-0985
                              jwill@trusteesweet.us