UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:

| | |
|---|---|
| **CHRISTOPHER D. WYMAN,** | Adv. No. 19-03018 |
| | Case No. 12-32264 |
| | Chapter: 7 |
| **Debtor.** | Hon. D. S. OPPERMAN |
| _____/ | |

## NOTICE OF APPEARANCE

Please Take Notice of entry of the undersigned as counsel for Creditor, Barbara Duggan in the above-titled action. All further notice and copies of pleadings, papers and other material relevant to this action should be directed and served upon the undersigned.

Respectfully Submitted,

BEJJANI LAW PLLC
/s/ *Elie Bejjani*
Elie Bejjani (P74626)
Attorney for Secured Creditor
6 Parklane Blvd, Suite 600
Dearborn, MI 48126
(313) 757-0036
Dated: March 21, 2019    elie@bejjanilaw.com