UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

CHRISTOPHER D. WYMAN,  Case No. 17-32513
 Chapter 7 Proceeding
Debtor.  Hon. Daniel S. Opperman
_____/
SAMUEL D. SWEET, Chapter 7 Trustee,

Plaintiff/Counter-Defendant,

v.  Adv. Proc. No. 19-3018

BARBARA DUGGAN,

Defendant/Counter-Claimant.
_____/

### ORDER REGARDING JURY DEMAND MADE BY DEFENDANT AND COUNTER-CLAIMANT BARBARA DUGGAN

On March 27, 2019, Barbara Duggan, Defendant and Counter-Claimant, and Michael E. Tindall, as Partial Assignor, filed a Joint Answer to Complaint, Affirmative Defenses and Counterclaim. As part of this pleading, Ms. Duggan and Mr. Tindall demand a "trial by jury of all issues so triable."

WHEREFORE, IT IS HEREBY ORDERED that Ms. Duggan and Mr. Tindall specifically identify those issues they believe are triable by a jury in a pleading to be filed no later than **April 17, 2019.**

**Signed on April 01, 2019**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge