# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

IN RE:

CHRISTOPHER D. WYMAN,

        DEBTOR,
_____/

CASE NO. 12-33264-dof
CHAPTER 7
HONORABLE DANIEL S. OPPERMAN

Samuel D. Sweet, Trustee,
        Plaintiff,
v

Adversary No. 19-03018-dof

Barbara Duggan,
        Defendant.
_____/

## ANSWER TO AFFIRMATIVE DEFENSES AND COUNTER-CLAIM

**NOW COMES** Plaintiff/Trustee, Samuel D. Sweet, by and through his counsel, Samuel D. Sweet, PLC, and hereby in answer relative to the affirmative defenses of the Defendant/Counter-Plaintiff hereby states as follows:

1. Neither admit nor deny as the statement contains a legal conclusion.
2. Neither admit nor deny as the statement contains a legal conclusion.
3. Neither admit nor deny as the statement contains a legal conclusion.
4. Neither admit nor deny as the statement contains a legal conclusion.
5. Neither admit nor deny as the statement contains a legal conclusion.
6. Neither admit nor deny as the statement contains a legal conclusion.
7. Neither admit nor deny as the statement contains a legal conclusion.
8. Neither admit nor deny as the statement contains a legal conclusion.

## COUNTER COMPLAINT

**NOW COMES** Counter-Defendant/Trustee, Samuel D. Sweet, by and through his counsel, Samuel D. Sweet, PLC, and hereby in answer relative to the counter complaint of the Defendant/Counter-Plaintiff states as follows:

1. Neither admit nor deny and leaves Counter-Plaintiff to its proofs.
2. Neither admit nor deny as the statement requires a legal conclusion.

3. Neither admit nor deny as the statement requires a legal conclusion.
4. Neither admit nor deny as the statement requires a legal conclusion.

## COUNT I: DECLARATORY JUDGMENT

5. Admit.
6. Admit as the statute speaks for itself.
7. Neither admit nor deny as the statute speaks for itself.
8. Admit as the statute speaks for itself.
9. Neither admit nor deny as the statement requires a legal conclusion.
10. Neither admit nor deny as the statement requires a legal conclusion.

**WHEREFORE**, Counter-Defendant/Trustee respectfully requests this Honorable Court deny the requested Counter Claim and dismiss said claim forthwith.

## COUNT II: BREACH OF FIDUCIARY DUTY AND WASTE

11. Admit.
12. Admit.
13. Neither admit nor deny and leaves Counter-Plaintiff to its proofs.
14. Neither admit nor deny and leaves Counter-Plaintiff to its proofs.
15. Neither admit nor deny and leaves Counter-Plaintiff to its proofs.
16. Neither admit nor deny and leaves Counter-Plaintiff to its proofs.
17. Admit.
18. Denied as the Trustee had no ability to liquidate the property until an Adversary Proceeding was resolved in which the estate had sued Michelle Pichler who was actually the owner of record of said property.
19. Neither admit nor deny and leaves Counter-Plaintiff to its proofs.
20. Neither admit nor deny as the testimony of Trustee Sweet speaks for itself.
21. Denied.
22. Denied.
23. Denied.

WHEREFORE, Plaintiff/Trustee respectfully requests this Honorable Court deny the requested relief by the Defendant/Counter-Plaintiff and dismiss said claim forthwith.

### COUNT III: ABANDONMENT 11 USC 554(b)

24. Admit.
25. Admit.
26. Neither admit nor deny and leaves Counter-Plaintiff to its proofs.
27. Neither admit nor deny and leaves Counter-Plaintiff to its proofs.
28. Neither admit nor deny and leaves Counter-Plaintiff to its proofs.
29. Neither admit nor deny and leaves Counter-Plaintiff to its proofs.
30. Neither admit nor deny as the statute speaks for itself.
31. Neither admit nor deny as the statement requires a legal conclusion.
32. Neither admit nor deny as the statement requires a legal conclusion.
33. Neither admit nor deny as the statement requires a legal conclusion.
34. Denied.
35. Denied.

WHEREFORE, Plaintiff/Trustee prays this Honorable Court deny and dismiss this Counter Claim by the Plaintiff forthwith.

Respectfully submitted,

SAMUEL D. SWEET, PLC

By: /s/ Samuel D. Sweet
Samuel D. Sweet (P48668)
Attorneys for Trustee
P.O. Box 757
Ortonville, MI 48462-0757
(248) 236-0985
ssweet@trusteesweet.us

Dated: 4/9/2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

CHRISTOPHER D. WYMAN,

        DEBTOR,
_____/

CASE NO. 12-33264-dof
CHAPTER 7
HONORABLE DANIEL S. OPPERMAN

Samuel D. Sweet, Trustee,
        Plaintiff,
v

Barbara Duggan,
        Defendant.
_____/

Adversary No. 19-03018-dof

## CERTIFICATE OF SERVICE

*The undersigned hereby certifies that a copy of the following:*

    Answer to Affirmative Defenses and Counter Claim

*was electronically served on the 9th day of April, 2019, upon:*

| | |
|---|---|
| Dennis L. Perkins | Elie Bejjani |
| Attorney for Debtor | Attorney for Barbara Duggan |
| bkperk@sbcglobal.net | elie@bejjanilaw.com |
| (Via ECF Only) | (Via ECF Only) |

*was served via First Class Mail, pre-paid postage, on this 9th day of April, 2019, addressed as follows:*

| | |
|---|---|
| Christopher D. Wyman | Michael E. Tindall |
| 6241 Grand River Road | 18530 Mack Ave., Ste. 430 |
| Brighton, MI 48114 | Detroit, Michigan 48236 |

        /s/ Jessica A. Will
        SAMUEL D. SWEET, PLC
        Jessica A. Will, Legal Assistant
        P.O. Box 757
        Ortonville, MI 48462-0757
        (248) 236-0985
        jwill@trusteesweet.us