UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

    CHRISTOPHER D. WYMAN,

        Debtor.
_____/

SAMUEL D. SWEET, Chapter 7 Trustee,
       Plaintiff/Counter-Defendant,

v.

BARBARA DUGGAN,
       Defendant/Counter-Claimant.
_____/

Case No. 12-32264-dof
Chapter 7 Proceeding
Hon. Daniel S. Opperman

Adversary Proceeding
Case No. 19-03018-dof

### ORDER ESTABLISHING DEADLINES TO FILE SUPPLEMENTAL PLEADINGS

The Court held a status conference on September 6, 2022 and concluded that a deadline should be established for Plaintiff/Counter-Defendant Samuel D. Sweet to file supplemental pleadings raising remaining issues.

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff/Counter-Defendant Samuel D. Sweet must file any supplemental pleadings raising remaining issues on or before September 30, 2022. Any responsive pleadings must be filed as allowed by the Federal Rules of Bankruptcy Procedure and the Local Rules for the Bankruptcy Court for the Eastern District of Michigan.

**Signed on September 7, 2022**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**