Form:nthrgAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
226 West Second Street
Flint, MI 48502

In Re: (NAME OF DEBTOR(S))     Case No.: 12−32264−dof
Christopher D Wyman     Chapter 7
    Judge: Daniel S. Opperman.Flint

Samuel D. Sweet     Adv. Proc. No. 19−03018−dof
Plaintiff

v.

Barbara Duggan
Defendant

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*88* − Motion For Summary Judgment and Brief Pursuant to FRCP 56(b) Related to Counter−Claims of Defendant Filed by Counter−Defendant Samuel D. Sweet (Sweet, Samuel)

will be held on: 11/8/22 at 01:30 PM at U.S. Bankruptcy Court Courtroom, 111 First St., Bay City, MI 48708

Dated: 10/13/22

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court