# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

CHRISTOPHER D. WYMAN,

        DEBTOR,
_____/

CASE NO. 12-32264-dof
CHAPTER 7
HONORABLE DANIEL S. OPPERMAN

Samuel D. Sweet, Trustee,
        Plaintiff,

v.

Barbara Duggan,
        Defendant.
_____/

Adv. No. 19-03018

## AMENDED AFFIRMATIVE DEFENSES

NOW COMES Trustee, Samuel D. Sweet, ("Trustee"), by and through his counsel, Samuel D. Sweet, PLC, and for his Amended Affirmative Defenses states as follows:

1. Quasi judicial immunity.

WHEREFORE Trustee requests that this Honorable Court dismiss the counter claim in this case and grant any such further relief that this Court deems just and proper.

Respectfully submitted,

SAMUEL D. SWEET, PLC

By: /s/ Samuel D. Sweet
Samuel D. Sweet (P48668)
Attorneys for Trustee
52 E. Burdick Street #10
Oxford, Michigan 48371
(248) 236-0985
ssweet@trusteesweet.us

Dated: 10/31/2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CHRISTOPHER D. WYMAN,

       DEBTOR,
_____/

CASE NO. 12-32264-dof
CHAPTER 7
HONORABLE DANIEL S. OPPERMAN

Samuel D. Sweet, Trustee,
       Plaintiff,

v.

Barbara Duggan,
       Defendant.
_____/

Adv. No. 19-03018

## **CERTIFICATE OF SERVICE**

*The undersigned hereby certifies that a copy of the following:*

    Amended Affirmative Defenses

*was electronically served on the 31st day of October, 2022, upon:*

    Dennis L. Perkins
    Attorney for Debtor
    bkperk@sbcglobal.net
    (Via ECF Only)

*was served via First Class Mail, pre-paid postage, on this 31st day of October, 2022, addressed as follows:*

| | |
|---|---|
| Christopher D. Wyman | Michael E. Tindall |
| 6241 Grand River Road | 18530 Mack Ave., Ste. 430 |
| Brighton, MI 48114 | Detroit, Michigan 48236 |

                                 /s/ Jessica A. Will
                                 SAMUEL D. SWEET, PLC
                                 Jessica A. Will, Legal Assistant
                                 52 E. Burdick Street #10
                                 Oxford, Michigan 48371
                                 (248) 236-0985
                                 jwill@trusteesweet.us