IN RE CHRISTOPHER D. WYMAN     CASE NO: 12-32264

Debtor(s)     ADV. 19-03018

# EXHIBIT NO: 1

PROPOSED ORDER

IN RE:

### CHRISTOPHER D. WYMAN
*Debtor(s),*

_____\

**SAMUEL D. SWEET, Trustee,**
**Plaintiff,**

*Adv 19-03018*

CASE NO. 12-32264
CHAPTER 7

v.

**BARBRA DUGGAN,**
Defendant.

_____\

## ORDER

This matter having come before this Court on Claimant's NOTICE AND MOTION TO STRIKE AFFIRMATIVE DEFENSE and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the MOTION MOTION TO STRIKE DE 93 be and it hereby is GRANTED, with prejudice.