UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

CHRISTOPHER D. WYMAN
*Debtor(s),*

ADV. NO:19-03018

_____\

SAMUEL D. SWEET, Trustee,
Plaintiff,

CASE NO. 12-32264
CHAPTER 7

v.

BARBRA DUGGAN,
Defendant.

_____\

## CERTIFICATE OF SERVICE
(Modified for PEDUP)

Defendant, in pro per, hereby certifies that

**DEFECT CORRECTION TO DE 99: NOTICE OF MOTION, PROPOSED ORDER AND CORRECTED PROOF OF SERVICE CLAIMANT'S NOTICE AND MOTION AND BRIEF TO STRIKE DE 93 AMENDED AFFIRMATIVE DEFENSES FILED BY TRUSTEE SWEET**

was submitted for filing through the PEDUP program on November 9, 2022 and will be served on Plaintiff Trustee Sweet by the Clerk's filing through the Court's ECF System on the date and at the time so filed by the Clerk.

Dated: 11/9/2022

/S/
MICHAEL E. TINDALL
18530 MACK AVE., STE 430
DETROIT, MI 48236
(248)250-8819
Direct Email: met@comcast.net