UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    CHRISTOPHER D. WYMAN,
        Debtor.
_____/

Case No. 12-32264-dof
Chapter 7 Proceeding
Hon. Daniel S. Opperman

SAMUEL D. SWEET,
       Plaintiff/Counter-Defendant,

v.

BARBARA DUGGAN,
       Defendant/Counter-Plaintiff.
_____/

Adversary Proceeding
Case No. 19-03018-dof

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 88)

For the reasons stated in this Court's Opinion Regarding Plaintiff's Motion for Summary Judgment of even date;

WHEREFORE, IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment filed on September 20, 2022 at Docket No. 88 is GRANTED.

**Signed on December 28, 2022**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**