UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

CHRISTOPHER D. WYMAN,  Case No. 17-32513
 Chapter 7 Proceeding
Debtor.  Hon. Daniel S. Opperman
_____/
SAMUEL D. SWEET, Chapter 7 Trustee,

Plaintiff/Counter-Defendant,

v.  Adv. Proc. No. 19-3018

BARBARA DUGGAN,

Defendant/Counter-Claimant.
_____/

### ORDER DENYING MOTION OF MICHAEL TINDALL TO STRIKE AMENDED AFFIRMATIVE DEFENSES (DOCKET NO. 99)

For the reasons stated in this Court's Opinion Regarding Plaintiff's Motion for Summary Judgment of even date;

WHEREFORE, IT IS HEREBY ORDERED that the above-titled Motion is DENIED.

**Signed on December 28, 2022**



/s/ Daniel S. Opperman
**Daniel S. Opperman
United States Bankruptcy Judge**