UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

     CHRISTOPHER D. WYMAN,          Case No. 17-32513
                                      Chapter 7 Proceeding
          Debtor.                   Hon. Daniel S. Opperman
_____/
SAMUEL D. SWEET, Chapter 7 Trustee,

          Plaintiff/Counter-Defendant,

v.                                Adv. Proc. No. 19-3018

BARBARA DUGGAN,

          Defendant/Counter-Claimant.
_____/

<u>ORDER ALLOWING PLAINTIFF'S AMENDED
AFFIRMATIVE DEFENSES (DOCKET NO. 93)</u>

     For the reasons stated in this Court's Opinion Regarding Plaintiff's Motion for Summary Judgment of even date;

     WHEREFORE, IT IS HEREBY ORDERED that the Amended Affirmative Defenses filed by Plaintiff on October 31, 2022 at Docket No. 93 are ALLOWED.

**Signed on December 28, 2022**



/s/ **Daniel S. Opperman**
**Daniel S. Opperman**
**United States Bankruptcy Judge**