UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

    CHRISTOPHER D. WYMAN,               Case No. 17-32513
                                                        Chapter 7 Proceeding
                Debtor.                                  Hon. Daniel S. Opperman
_____/
SAMUEL D. SWEET, Chapter 7 Trustee,

    Plaintiff/Counter-Defendant,

v.                                                                  Adv. Proc. No. 19-3018

BARBARA DUGGAN,

    Defendant/Counter-Claimant.
_____/

## ORDER OVERRULING THE NOTICE OF UNRESOLVED AND OUTSTANDING ISSUES FILED BY MICHAEL TINDALL (DOCKET NO. 95)

For the reasons stated in this Court's Opinion Regarding Plaintiff's Motion for Summary Judgment of even date;

WHEREFORE, IT IS HEREBY ORDERED that the above-titled Notice is OVERRULED.

**Signed on December 28, 2022**



/s/ Daniel S. Opperman
**Daniel S. Opperman
United States Bankruptcy Judge**