UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    CHRISTOPHER D. WYMAN,
        Debtor.
_____/

SAMUEL D. SWEET,
        Plaintiff/Counter-Defendant,

v.

BARBARA DUGGAN,
        Defendant/Counter-Plaintiff.
_____/

Case No. 12-32264-dof
Chapter 7 Proceeding
Hon. Daniel S. Opperman

Adversary Proceeding
Case No. 19-03018-dof

## ORDER DENYING FRCP 59(e) MOTION TO MODIFY/ALTER/AMEND OPINION REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in this Court's Opinion Denying FRCP 59(e) Motion To Modify/Alter/Amend Opinion Regarding Plaintiff's Motion for Summary Judgment entered contemporaneously with this Order;

IT IS HEREBY ORDERED that Michael E. Tindall's Motion to Modify/Alter/Amend Opinion Regarding Plaintiff's Motion for Summary Judgment is DENIED.

**Signed on February 27, 2023**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**